JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| ROBEY HAIRSTON, | ) Case No. SACV 10-1348-RGK (MLG) |
|---|---|
| Petitioner, | ) |
| v. | ) JUDGMENT |
| HUDSON, | ) |
| Respondent. | ) |

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: September 17, 2010

R. Gary Klausner
United States District Judge

